JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY E. HARRISON,<br><br>                Petitioner,<br><br>        v.<br><br>JUDGE LISA M. CHUNGE, et al.,<br><br>                Respondents. | Case No. CV 23-05491-DMG (ADS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED: April 29, 2024

                                                                      _____<br>
                                                                         DOLLY M. GEE<br>
                                                                          Chief United States District Judge